
ORIGINAL

**FILED**

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0748

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0748

THAD WHITE,

    Petitioner and Appellant,

v.

MONTANA BOARD OF CRIME CONTROL,

    Respondent and Appellee,

and

PUBLIC SAFETY OFFICERS STANDARDS &
TRAINING COUNCIL,

    Intervenor.

**FILED**

JUL 1 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Thad White was granted an extension of time to file and serve the opening brief on or before May 17, 2023. Appellant did not timely file an opening brief, and on May 31, 2023, this Court ordered that Appellant prepare, file, and serve the opening brief no later than June 30, 2023. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Thad White and to all counsel of record.

DATED this 18 day of July, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices